GEOFFREY HANSEN
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RODRIGUEZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00228 LHK |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER CONTINUING HEARING** |
| v. ) | **DATE AND EXCLUDING TIME** |
| ) | **UNDER THE SPEEDY TRIAL ACT** |
| FAUSTO RAMON RODRIGUEZ- ) | |
| CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, April 4, 2012 at 9:00 a.m., to April 18, 2012, at 9:00 a.m. The reason for the continuance is defense counsel's is continuing to investigate mitigating evidence which must be reviewed by the prosecution in connection with plea negotiations.

The parties further agree and stipulate that time should be excluded from and including April 4, 2012 , through and including April 18, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv). Accordingly,

///

Stipulation and [Proposed] Order
No. CR 11-00228 LHK                    1

the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 30, 2012

_____/s/_____
MANUEL ARAUJO
Assistant Federal Public Defender

Dated: March 30, 2012

_____/s/_____
ANN MARIE URSINI
Special, Assistant United States Attorney

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY ORDERED that the status conference hearing in the above-captioned matter shall be continued from April 4, 2012, at 9:00 a.m., to April 18, 2012, at 9:00 a.m.

THE COURT FINDS that failing to exclude the time between April 4, 2012, through and including April 18, 2012, ~~would unreasonably deny the defendant's continuity of counsel, and~~ *LHK* would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice served by excluding the time between April 4, 2012, through and including April 18, 2012, from computation under the Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the period of delay from April 4, 2012, through and including April 18, 2012, is excluded for purposes of Speedy Trial Act computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: __4/2__, 2012

_____
HONORABLE LUCY H. KOH
United States District Judge